Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:14-cv-03951-YGR |
| Plaintiff, | |
| v. | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| PATRICIA PAULA ROSEL RAMIREZ, | |
| Defendant. | |

TO THE HONORABLE YVONNE GONZALEZ ROGERS, THE DEFENDANT AND HER ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Monday, December 15, 2014 at 2:00 PM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Patricia Paula Rosel Ramirez, individually and d/b/a Patty's Beauty Salon.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

1   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

2   Management Conference, presently scheduled for Monday, December 15, 2014 at 2:00 PM.

3

4

5                                         Respectfully submitted,

6

7

8

Dated: December 4, 2014                  */s/ Thomas P. Riley*

9                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By: Thomas P. Riley
10                                        Attorneys for Plaintiff
                                          J & J Sports Productions, Inc.
11

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

1

2

**ORDER** ~~(Proposed)~~

3      It is hereby ordered that the Case Management Conference in civil action number 4:14-cv-03951-

4   YGR styled *J & J Sports Productions, Inc. v. Ramirez,* is hereby continued from 2:00 PM, Monday,

5   December 15, 2014 to **2 p.m.** on **February 2, 2015**.

6          Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

7   Service of this Order with the Clerk of the Court.

8

9

10  **IT IS SO ORDERED**:

11

12

13  _____          Dated: 12/4/2014

14  **THE HONORABLE YVONNE GONZALEZ ROGERS**
    **United States District Court**
15  **Northern District of California**

16

17

18

19

20

21

22

23

24

25

26

27

28