UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.**, <br> Plaintiff, <br> v. <br> **PATRICIA PAULA ROSEL RAMIREZ**, <br> Defendant. | Case No. 14-cv-03951-YGR <br><br> **FINAL DEFAULT JUDGMENT** |

The Court granted Plaintiff's Motion for Default Judgment. Consequently, Default **JUDGMENT IS ENTERED** in favor of plaintiff J & J Sports Productions, Inc., and against defendant Patricia Paula Rosel Ramirez, individually and d/b/a Patty's Beauty Salon, on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion in the amount of **$4,900.00** (consisting of $2,200.00 in statutory damages, $500.00 in enhanced damages, and $2,200.00 in conversion damages).

Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**